# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF VIRGINIA

### CHANGE OF ADDRESS

**Other than for an attorney, if the Debtor/Creditor whose address is changing is a party in an Adversary Proceeding before the Court, the Change of Address must be filed in the Adversary Proceeding as well as in the Bankruptcy Case. If debtor has both a street and mailing address, please indicate which address is being updated.**

For:  ☑  Debtor
      ☐  Attorney [If Applicable:] Name: _____
      ☐  Creditor

*If joint case, please check the appropriate box as set out below:*
New address is for:    ☐  Husband and Wife
                       ☐  Husband Only
                       ☑  Wife Only

*[If applicable]* Case Name: Michelle Knight-Fields
*[If applicable]* Case No./Adversary Proceeding No.: 17-31624
*[If applicable]* Creditor Name: _____

☑ Street Address    ☑ Mailing Address
New Address: 20610 Ravensbourne Dr.
            No. and Street, Apt., P. O. Box or R. D. No.
City: S. Chesterfield    State: VA    Zip: 23803

☑ Street Address    ☑ Mailing Address
Old Address: 2824 Goyne Loop
            No. and Street, Apt., P. O. Box or R. D. No.
City: Chester    State: VA    Zip: 23831
Telephone Number: (____) _____
**Please include area code**

☐ Check here if you are a Debtor or a Joint Debtor and you receive court orders and notices by email through the Debtor Electronic Bankruptcy Noticing program (DeBN) rather than by U.S. mail to your mailing address. Please provide your DeBN account number below (DeBN account numbers can be located in the subject title of all emailed court orders and notices).

Debtor's DeBN account number        _____
Joint Debtor's DeBN account number  _____

/s/ Robert B. Duke, Jr.
Signature of Filer [*check filer type below*]:
☑  Attorney for Debtor
☐  Debtor  *[If joint case and address is for husband and wife, both debtors must sign.]*
☐  Creditor
☐  Attorney

Date: 5/26/2017
pc:  Trustee
     United States Trustee
     Creditor (for creditor's change of address)

[changead ver. 08/15]